WILLIAM W. BROWN, Appellant, *v.* FRANK A. BURGETT, Respondent.

*Brown* v. *Burgett*, 61 Hun, 623, affirmed.
(Argued April 8, 1896; decided April 28, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made June 7, 1891, which affirmed a judgment in favor of defendant entered upon the report of a referee.

*William H. Henderson* for appellant.

*A. C. Wade* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.

---

JAMES HEFFRAN, Respondent, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

*Heffran* v. *Brooklyn H. R. R. Co.*, 8 Misc. Rep. 41, affirmed.
·(Argued April 9, 1896; decided April 28, 1896.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made April 25, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Albert C. Tennant* for appellant.

*William Van Wyck* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.